IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BOBBY W. ENDSLEY,

      Plaintiff,                                No. CIV S-04-0990 FCD GGH P

      vs.

YOLO COUNTY SHERIFF'S
DEPARTMENT, et al.,

      Defendants.                  <u>ORDER</u>

         Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action filed pursuant to 42 U.S.C. § 1983. By order filed September 24, 2004, plaintiff's complaint was dismissed with leave to file an amended complaint. Plaintiff has filed an amended complaint.

         The amended complaint states a cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b). If the allegations of the amended complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action.

         In accordance with the above, IT IS HEREBY ORDERED that:

         1. Service is appropriate for the following defendants: Yolo County Sheriff's Department; Yolo County Sheriff's Department Correctional Officer (C/O) Banuelos; Yolo County Sheriff's Dept. C/O Fristo; Yolo County Sheriff's Dept. C/O Gaines.

         2. The Clerk of the Court shall send plaintiff four (4) USM-285 forms, one

1

summons, an instruction sheet and a copy of the amended complaint filed October 18, 2004.

     3. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

         a. The completed Notice of Submission of Documents;

         b. One completed summons;

         c. One completed USM-285 form for each defendant listed in number 1 above; and

         d. Five (5) copies of the endorsed amended complaint filed October 18, 2004.

     4. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

DATED: 2/18/05

/s/ Gregory G. Hollows

_____
UNITED STATES MAGISTRATE JUDGE

GGH:009
ends0990.1amd

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BOBBY W. ENDSLEY,

    Plaintiff,                  No. CIV S-04-0990 FCD GGH P

    vs.

YOLO COUNTY SHERIFF'S DEPT., et al.

                             NOTICE OF SUBMISSION

    Defendants.                OF DOCUMENTS

_____/

    Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

    __1__    completed summons form

    __4__    completed USM-285 forms

    __5__    copies of the  October 18, 2004  Amended Complaint

DATED:

                                            _____
                                           Plaintiff